NB:RAT
F.#2008R00905

RECEIVED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ JAN 15 2009 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

TROY ALEXANDER,

        Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T
Cr. No. **CR 09 022**
(T. 18, U.S.C., §§
2252(a)(1),
2252(a)(4)(B),
2252(b)(1), 2252(b)(2),
2253 and 3551 et seq.)

**GARAUFIS, J.**

**REYES, JR, M.**

THE GRAND JURY CHARGES:

<u>COUNTS ONE THROUGH FOUR</u>
(Transportation of Child Pornography)

    1.   On or about May 12, 2007, within the Eastern District of New York and elsewhere, the defendant TROY ALEXANDER did knowingly and intentionally transport and ship in interstate and foreign commerce by any means, including by computer, visual depictions, to wit: the images depicted in the following computer files:

| <u>COUNT</u> | <u>FILE NAME</u> |
|---|---|
| ONE | 000-082.JPG.JPG |
| TWO | !!!53dau_5233235_402.jpg |
| THREE | !1-8.jpg |
| FOUR | !10seeme.jpg |

the production of which involved the use of minors engaging in

sexually explicit conduct and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(1), 2252(b)(1) and 3551 et seq.)

## COUNT FIVE
(Possession of Child Pornography)

2. On or about December 4, 2007, within the Eastern District of New York, the defendant TROY ALEXANDER did knowingly and intentionally possess matter containing visual depictions, to wit: computer files containing images on one Western Digital external hard drive, serial number wcam9a07391, which visual depictions had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which had been mailed, shipped and transported, by any means, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

3

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant charged in Counts One through Five that, upon his conviction of such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of any offense of conviction; (b) any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from any such offense; and (c) any property, real and personal, used or intended to be used to commit or to promote the commission of any such offense of conviction or property traceable to such property, including, but not limited to the following:

### Specific Property

(a) One Western Digital external hard drive, serial number wcam9a07391; and

(b) Two CD's/DVD's.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

4

       (b)   has been transferred or sold to, or deposited with, a third party;

       (c)   has been placed beyond the jurisdiction of the court;

       (d)   has been substantially diminished in value; or

       (e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of such defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253)

A TRUE BILL

_Virginia Vatter_
FOREPERSON

---

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _[signature]_
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

1. Title of Case:    United States v.   Troy Alexander

2. Related Magistrate Docket Number(s)    None ( X )

3. Arrest Date:

4. Nature of offense(s):   X   Felony
                           ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:    Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7. County in which crime was allegedly committed:   ~~Nassau/Suffolk~~ Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?    (X) Yes ( ) No

9. Have arrest warrants been ordered?    (X) Yes ( ) No

10. Is a capital count included in the indictment?   ( ) Yes (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
    Raymond A. Tierney
    Assistant U.S. Attorney
    631-715-7849

Rev. 10/01/03

Stamps: CR 09 022 · GARAUFIS, J. · REYES, JR, M. · FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. JAN 15 2009

